# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2364
Lower Tribunal No. 1995-CF-000874-AXXX-XX

_____

BRIAN BRANTLEY,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

August 6, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WOZNIAK, JJ., concur.


Brian Brantley, Lehigh Acres, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED